# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

Mrs. Eye'Keyia M. Carruthers Washington
OCA# 122404  JCA# 71781

[You are the PLAINTIFF, print your full name on this line.]

Elkhart County Jail

v. Elkhart County Correctional Complex

Deputy: Fritzgerald

**Case Number** 3:23-cv-425

[For a new case in this court, leave blank. The court will assign a case number.]

FILED MAY 17 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Elkhart County Jail (ECJ) | 26861 CR26 Elkhart In. 46517 |
| 2 | [Put the names of any other defendants in these boxes.] Elkhart County Correctional Complex (ECCC) | 26861 CR26 Elkhart In. 46517 |
| 3 | Deputy: Fritzgerald | 26861 CR26 Elkhart In. 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? Elkhart County Jail / ECCC 26861 CR26 Elkhart In. 46517

3. Did the event you are suing about happen there? ● Yes   ○ No, it happened at: _____

4. On what date did this event occur? August 31, 2022

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Abandoned Property; Neglect of Legal Work; Neglect of Detainee; Neglect of Legal Dockets; 1st Amendment violation; 4th Amendment violation; 5th Amendment violation; 8th Amendment violation; 14th Amendment violation; Deliberate Indifference. #2 Deputy Fitzgerald is clearly guilty of all violations captured in Count #1. I have not yet received my property from ECJ/ECCC as locked legal dockets are jam filled the obvious Neglect Deputy of ECJ/ECCC is Responsible for all capitalized charges in Count #1. all the violations have been Abandoned onto a Employee of ECJ/ECCC I put in Writ that on August 19, 2022 Deputy transportation officer affected my Rights by Abandoned property of legal documents from United States District Courts of Northern South Bend Division I put in Writ a Suit of 900,000 United States of American Currency dots all

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20) page 3

## Claims and Facts (continued)

Counts in (#1) of this merit claim I also exercises expressing my violated Rights at this time. Under penalties for perjury the foregoing Representation is true and correct.

My undersigned confirms verification for this contract of a Slit Certificate of 900,000 United States of American Currency.

Mrs Eye'Keyla M. Carruthers
3 Washington

OCA# 122404
JCA# 71781

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ● While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _Copied filed with administration of ECCC/ECJ_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _900,000 United States of American Currency_
   _For Fitzgerald To stop ignoring Detainees_

[Initial Each Statement]

_Emcw_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_Emcw_ I will keep a copy of this complaint for my records.
_Emcw_ I will promptly notify the court of any change of address.
_Emcw_ I WILL NOT send more than one copy of any filing to the court.
_Emcw_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_Emcw_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _8_/_31_/20_22_ at _9_ ⓐm/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Wo. Est' Keyle My. Carruthers Washington_    OCA #122404
Signature                                       JCA #71781
                                                Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]