AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Mrs. Eye Keyla Ms Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
    Plaintiff

v.

Civil Action No. 3:23-cv-425

ELKHART COUNTY JAIL
*ECJ*

ELKHART COUNTY CORRECTIONAL COMPLEX
*ECCC*

FRITZGERALD *Debuty*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐   the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X**   Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R Leichty.

DATE:  6/14/2023                           CHANDA J. BERTA, CLERK OF COURT
by     s/N. Corle
*Signature of Clerk or Deputy Clerk*